**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DALLAS ROADSTER, LIMITED and IEDA | § | Bankruptcy No. 11-43725 |
| ENTERPRISE, INC., | § | Bankruptcy No. 11-43726 |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |
| TEXAS CAPITAL BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | Case No. 4:13-mc-26 |
| | § | |
| v. | § | |
| | § | |
| DALLAS ROADSTER, LTD., IEDA | § | |
| ENTERPRISE, INC., BAHMAN KHOBAHY, | § | |
| and BAHMAN HAFEZAMINI, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES BANKRUPTCY JUDGE
(ADVERSARY PROCEEDING NO. 13-4033)**

Came on for consideration the Report and Recommendation of the United States Bankruptcy Judge, this matter having been heretofore referred to United States Bankruptcy Judge Brenda T. Rhoades. On September 27, 2013, the Report and Recommendation of the Bankruptcy Judge was entered containing her proposed findings of fact and recommendation that this court should withdraw the reference pursuant to 28 U.S.C. § 157(d) as to the entire adversary proceeding and conduct all proceedings in the adversary proceeding.

Having received the Report and Recommendation of the United States Bankruptcy Judge,

and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Bankruptcy Judge are correct and adopts the same as the findings and conclusions of the court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the reference is hereby **WITHDRAWN** pursuant to 28 U.S.C. § 157(d) and that this adversary proceeding shall proceed before the United States District Court for the Eastern District of Texas.

IT IS SO ORDERED.

**SIGNED this the 21st day of October, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE